UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

    *Plaintiff,*

v.

CONG TY TNHH THUONG MAI CANBEONE,

    *Defendant.*

Civil Action No. 1:24-cv-03413-PAE

**DEFAULT JUDGMENT**

This action having been commenced on May 2, 2024 by the filing of the Complaint and Request for Issuance of Summons [ECF 1,2], and a copy of the Summons and Complaint having been served on defendant Cong Ty Tnhh Thuong Mai Canbeone's email address (policyamazonvnkvtl@gmail.com) with defendant executing a Waiver of Service form, acknowledging that Defendant, who is not located in the United States, must file and serve an answer or motion under Rule 12 within ninety (90) days from June 6, 2024 [ECF No. 7] and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

~~ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $_____ with interest at _____ % from _____, 20\_\_ amounting to $_____ plus cost and disbursements and reasonable attorney's fees of this action in the amount of $_____ amounting in all to $_____.~~

IT IS FURTHER ORDERED that Defendant and his officers, agents, servants, employees, owners and representatives, and all other persons or entities shall:

- Disclose all websites and other locations where the Infringing Product—as defined in Plaintiff's moving brief—is sold;

- Disclose any and all products infringing upon Plaintiff's intellectual property;

- Disclose the means by which the Infringing Product is manufactured and where the manufacturing occurs;

- Turn over any and all of the Infringing Product and any other products infringing upon Plaintiff's intellectual property;

- Provide an accounting of all inventory of the Infringing Product and any other products infringing upon Plaintiff's intellectual property;

- Provide an accounting of any and all sales of the Infringing Product and any other products infringing upon Plaintiff's intellectual property;

- Remove the Infringing Product and any and all other products infringing upon Plaintiff's intellectual property from any and all websites or other points of sale;

- Immediately cease any and all infringement of Plaintiff's intellectual property;

- File with this Court and serve upon Plaintiff within thirty (30) days of the entry of an injunction a written report under oath describing in detail the manner and form in which Defendant complied with the injunctive relief set forth in this section, pursuant to 17 U.S.C. § 503;

- Destroy infringing articles in the possession of the Defendant pursuant to 17 U.S.C. § 503;

- ~~Pay pre-judgment interest to Plaintiff for Plaintiff's copyright claims; and~~

- ~~Pay post-judgment interest to Plaintiff pursuant to 28 U.S.C. § 1961.~~

DATED: New York, New York

    <u>June 20, 2025</u>

*Paul A. Engelmayer*
_____
U.S.D.J.